1 | JEFFREY E. BEESON, SBN 200897
2 | MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
3 | BEESON TERHORST LLP
510 Bercut Drive, Suite V
4 | Sacramento, California 95811-0111
Telephone: (916) 444-3400
5 | Facsimile: (916) 444-3421
jeff@beesonterhorst.com
6 | michael@beesonterhorst.com

7 | Attorneys for Plaintiff DELONDA K. COLEMAN

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | SACRAMENTO DIVISION

| DELONDA K. COLEMAN, | 2:18-cv-02497-MCE-AC |
|---|---|
| Plaintiff, | **ORDER EXTENDING DEADLINES IN COURT'S INITIAL PRETRIAL SCHEDULING ORDER, and REFERRING CASE TO COURT SETTLEMENT CONFERENCE** |
| v. | |
| STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES, | |
| Defendant. | Judge: The Honorable Morrison C. England, Jr.<br>Trial Date: Not Set<br>Action Filed: September 13, 2018 |

///
///
///
///
///
///
///
///

1

Given the good cause shown in the stipulation filed by Plaintiff Delonda K. Coleman and defendant California Department of Health Care Services (DHCS), the Court orders its Amended Pretrial Scheduling Order be amended as follows:

|  | First Amended Pretrial Scheduling Order | Second Amended Pretrial Scheduling Order |
|---|---|---|
| Close of discovery | December 12, 2019 | February 12, 2020 |
| Expert witness disclosure | February 11, 2020 | April 13, 2020 |
| Supplemental expert witness disclosure | March 13, 2020 | May 11, 2020 |
| Last day to file dispositive motions | June 5, 2020 | August 4, 2020 |

Furthermore, the case is referred for a court settlement conference before a magistrate judge pursuant to Local Rule 270.

IT IS SO ORDERED.

Dated: October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE