XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6107
 Fax: (916) 324-5567
 E-mail: Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant
California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DELONDA K. COLEMAN,** | 2:18-cv-02497-MCE-AC |
| Plaintiff, | **STIPULATION RE: PLAINTIFF'S DEPOSITION** |
| v. | **[PROPOSED] ORDER THEREON** |
| **STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,** | |
| Defendant. | Judge: The Honorable Allison Claire<br>Trial Date: Not Set<br>Action Filed: September 13, 2018 |

In order to provide assurances to both parties that Plaintiff's deposition will go forward on the February 3, 2020, and not January 31 as proposed by Plaintiff:

THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE:

1. Plaintiff will appear for her deposition on Monday, February 3, 2020, at 10:00 a.m. The deposition will be held at Esquire Deposition Solutions, 2151 River Plaza Drive, #300, Sacramento, California.

1       2.     Unless produced previously, Plaintiff shall produce those documents that are within her custody, possession or control that are requested in the Notice of Continued Deposition of Plaintiff DeLonda Coleman, attached hereto as Exhibit A;

      3.     Plaintiff's deposition shall proceed during normal business hours.

      4.     Promptly upon the issuance of the Court's order approving this stipulation, DHCS will request its motion to compel be taken off calendar.

Dated: January 23, 2020                      Respectfully submitted,

BEESON TERHORST

*/s/ Michael Terhorst – as authorized on January 23, 2020*

MICHAEL TERHORST
*Attorneys for Plaintiff
DeLonda K. Coleman*

Dated: January 23, 2020                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KRISTIN M. DAILY
Supervising Deputy Attorney General

*/s/ Marc B. Koenigsberg*

MARC B. KOENIGSBERG
Deputy Attorney General
*Attorneys for Defendant
California Department of Health Care Services*

Good cause appearing and based on the parties' stipulation,

1. Plaintiff will appear for her deposition on Monday, February 3, 2020, at 10:00 a.m. The deposition will be held at Esquire Deposition Solutions, 2151 River Plaza Drive, #300, Sacramento, California.

2. Unless produced previously, Plaintiff shall produce those documents that are within her custody, possession or control that are requested in the Notice of Continued Deposition of Plaintiff DeLonda Coleman, attached hereto as Exhibit A;

3. Plaintiff's deposition shall proceed during normal business hours.

IT IS SO ORDERED.

Dated: January 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE