```
XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6107
 Fax: (916) 324-5567
 E-mail:  Marc.Koenigsberg@doj.ca.gov
Attorneys for Defendant
California Department of Health Care Services
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DELONDA K. COLEMAN,**<br><br>                                              Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                                              Defendant. | No. 2:18-cv-02497-MCE-AC<br><br>**SECOND STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; and ORDER CONTINUING SETTLEMENT CONFERENCE** |

### STIPULATION

Plaintiff DeLonda K. Coleman and defendant California Department of Health Care Services (DHCS) stipulate as follows:

To allow counsel for plaintiff DeLonda K. Coleman to address a current medical issue over the next two weeks and then prepare for this settlement conference, the parties request the settlement conference scheduled for June 10, 2020, at 10:00 a.m. be continued to July 15, 2020, at 10:00 a.m.

The parties further stipulate that each will submit a confidential settlement conference statement to dborders@caed.uscourts.gov by July 8, 2020, and each will file a "Notice of

Submission of Confidential Settlement Conference Statement" in compliance with Local Rule 270(d).

IT IS SO STIPULATED.

Dated:  May 26, 2020

Respectfully submitted,

BEESON TERHORST

*/s/ Michael Terhorst* as authorized on May 22, 2020

MICHAEL TERHORST
*Attorneys for Plaintiff
DeLonda K. Coleman*

Dated:  May 26, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KRISTIN M. DAILY
Supervising Deputy Attorney General

*/s/ Marc B. Koenigsberg*

MARC B. KOENIGSBERG
Deputy Attorney General
*Attorneys for Defendant
California Department of Health Care Services*

## ORDER

Given the good cause shown in the stipulation filed by plaintiff DeLonda K. Coleman and defendant California Department of Health Care Services (DHCS), the Court orders as follows:

1. The settlement conference scheduled for June 10, 2020, at 10:00 a.m. is continued to July 15, 2020, at 10:00 a.m.

////

2. The parties shall submit confidential settlement conference statements to dborders@caed.uscourts.gov by July 8, 2020, and each will file a "Notice of Submission of Confidential Settlement Conference Statement" in compliance with Local Rule 270(d).

IT IS SO ORDERED.

DATED: May 26, 2020 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE