XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6107
 Fax:  (916) 324-5567
 E-mail:  Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant
California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELONDA K. COLEMAN,**<br><br>                                         Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                                         Defendant. | 2:18-cv-02497-MCE-AC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR PAGE LIMIT INCREASE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:          The Honorable<br>                     Morrison C. England, Jr.<br>Trial Date:    Not Set<br>Action Filed: September 13, 2018 |

Having considered defendant California Department of Health Care Services' (DHCS) Request for Page Limit Increase, for good cause shown, DHCS's request is GRANTED.

DHCS's points and authorities may exceed the 20-page limit set forth in this Court's Pretrial Scheduling Order.  DHCS's memorandum, however, may not exceed 30 pages. Plaintiff's opposition is also extended to 30 pages, and any reply may be up to 15 pages in length.

IT IS SO ORDERED.

Dated: July 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE