XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6107
  Fax: (916) 324-5567
  E-mail: Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant
California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELONDA K. COLEMAN,** | No. 2:18-cv-02497-MCE-AC |
| Plaintiff, | **Stipulation to Extend Deadline to File Motion for Summary Judgment and Order Thereon** |
| v. | |
| **STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,** | |
| Defendant. | |

1  On July 15, 2020, the parties settled this action. Terms and conditions of the settlement were placed on the record in open court by Magistrate Judge Deborah Barnes. The parties are to prepare their settlement agreement by August 14, 2020. However, defendant's last day to file a dispositive motion is August 4, 2020. To protect defendant's right to do so should the need arise, the parties stipulate and request the Court amend Pretrial Scheduling Order in this case and continue the deadline for filing dispositive motions to September 4, 2020.

Dated:  July 20, 2020              BEESON TERHORST

                                   */S/ MICHAEL TERHORST (AS AUTHORIZED ON JULY 20, 2020)*

                                   MICHAEL TERHORST
                                   *Attorneys for Plaintiff*
                                   *DeLonda K. Coleman*

Dated:  July 20, 2020              XAVIER BECERRA
                                   Attorney General of California
                                   KRISTIN M. DAILY
                                   Supervising Deputy Attorney General

                                   */S/ MARC B. KOENIGSBERG*

                                   MARC B. KOENIGSBERG
                                   Deputy Attorney General
                                   *Attorneys for Defendant*
                                   *California Department of Health Care Services*

### **ORDER**

Given the good cause shown in the stipulation filed by the parties, the Court orders the Pretrial Scheduling Order be amended such that the last day to file dispositive motions is September 4, 2020.

DATED: July 20, 2020              /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE