1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   KRISTIN M. DAILY, State Bar No. 186103
    Supervising Deputy Attorney General
3   MARC B. KOENIGSBERG, State Bar No. 204265
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-6107
6     Fax:  (916) 324-5567
      E-mail:  Marc.Koenigsberg@doj.ca.gov
7   *Attorneys for Defendant*
    *California Department of Health Care Services*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **DELONDA K. COLEMAN,**                  2:18-cv-02497-MCE-AC

13                          Plaintiff,       **Stipulation to Extend Deadline to File
                                             Motion for Summary Judgment and Order**
14          v.                               **Thereon**

15  **STATE OF CALIFORNIA,
    DEPARTMENT OF HEALTH CARE**              Action Filed:   September 13, 2018
16  **SERVICES,**

17                          Defendant.

18

19          On July 15, 2020, the parties settled this action.  Terms and conditions of the settlement

20  were placed on the record in open court by Magistrate Judge Deborah Barnes.  The parties are to

21  prepare their settlement agreement by August 14, 2020.  However, defendant's last day to file a

22  dispositive motion was August 4, 2020, and was extended by stipulation and order to

23  September 4, 2020.  To protect defendant's right to do so should the need arise, and as the parties

24  continue to prepare the terms of a formal settlement agreement, the parties stipulate and request

25  the Court amend Pretrial Scheduling Order in this case and continue the deadline for filing

26  dispositive motions to October 2, 2020.

27

28

                                             1

Dated:  August 17, 2020               BEESON TERHORST

*/S/ MICHAEL TERHORST (AS AUTHORIZED ON AUGUST 17, 2020)*

MICHAEL TERHORST
*Attorneys for Plaintiff*
*DeLonda K. Coleman*

Dated:  August 17, 2020               XAVIER BECERRA
Attorney General of California
KRISTIN M. DAILY
Supervising Deputy Attorney General

*/S/ MARC B. KOENIGSBERG*

MARC B. KOENIGSBERG
Deputy Attorney General
*Attorneys for Defendant*
*California Department of Health Care Services*

## ORDER

Given the good cause shown in the stipulation filed by the parties, the Court orders the Pretrial Scheduling Order be amended such that the last day to file dispositive motions is October 2, 2020.

Dated:  August 20, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/orders.civil/cole2497.so eot(2)

2